McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendants
    Federated Department Stores, Inc. and
    Macy's East, Inc.
WR-8387

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIE HUDAK, | Civil Action No. 05-4224 (JAG) |
| Plaintiff, | Hon. Joseph A. Greenaway, Jr. |
| -vs.- | |
| FEDERATED DEPARTMENT STORES, INC., MACY'S INC., and JOHN DOES 1-10, (fictitious names representing unknown Defendants), | **NOTICE OF MOTION TO DISMISS COUNTS III and VI OF PLAINTIFF'S COMPLAINT** |
| | Return Date: October 24, 2005 |
| Defendants. | |

TO:    Alan Genitempo, Esq.
        Piro, Zinna, Cifelli, Paris & Genitempo, P.C.
        360 Passaic Avenue
        Nutley, New Jersey 07110
        **Attorneys for Plaintiff**

**PLEASE TAKE NOTICE** that on October 24, 2005 at 10:00 A.M., or as soon thereafter as counsel may be heard, Defendants Federated Department Stores, Inc. and Macy's East, Inc. (incorrectly identified in the Complaint as "Macy's, Inc.") shall apply to the Honorable Joseph A. Greenaway Jr., United States District Court for the District of New Jersey, at the M. L. King

- 2 -

Jr. Federal Building & Courthouse, Room 4040, 50 Walnut Street, Newark, New Jersey, 07102, for an order dismissing Counts III and VI of Plaintiff's Complaint for failure to state a claim against Federated Department Stores, Inc. and Macy's East, Inc., or, in the alternative, compelling a more definite statement for Count VI.

**PLEASE TAKE FURTHER NOTICE** that, in support of the application, we shall rely upon the supporting Memorandum of Law which accompany this notice of motion.

**PLEASE TAKE FURTHER NOTICE** that a form of order on this application is submitted with this notice of motion.

        McCarter & English, LLP
          Federated Department Stores, Inc. and
          Macy's East, Inc.

        By:     /s/
          William T. Reilly
          A Member of the Firm
          Alison G. Greenberg

DATED: September 16, 2005

Of Counsel:

Robert P. Joy
Allison K. Romantz
Morgan, Brown & Joy
200 State Street
Boston, MA 02109
(617) 523-6666